**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ITZHAK LOZ,<br>(a/k/a Ari, a/k/a Avi),<br>RONEN FAKIRO,<br>BOAZ BOROHOV,<br>OFRA BOROHOV,<br>ARKADIY BANGIYEV,<br>(a/k/a Alex),<br>EDUARD BANGIYEV,<br>(a/k/a Eddie),<br>JOHNNY LEE,<br>(a/k/a Ramel, a/k/a Ra, a/k/a Jason Carter),<br>TARELL JOHNSON,<br>(a/k/a Nu Nu, a/k/a Nu),<br>CRAIG JOHSNON,<br>(a/k/a Uncle Bill),<br>SHANNON SMITH,<br>FREDERICK BARRETT,<br>RAMEL EPPS,<br>BRATTIE GUERRA,<br><br>Defendants. | ) | Criminal No. 1:14CR206<br><br>The Hon. Liam O'Grady<br>Trial Date: January 12, 2015 |

**<u>DEFENDANT ITZHAK LOZ'S INITIAL MOTION FOR SUPPRESSION OF EVIDENCE FROM SEARCHES OF A STORAGE UNIT AND WAREHOUSE</u>**

Itzhak Loz, through undersigned counsel, hereby submits this Motion for Suppression of Evidence from the searches of a storage unit and warehouse. The affidavits in support of the search warrants for Storage Unit 2068 located in the Self-Storage Center in New York (hereinafter "storage unit") and a warehouse located at 620 Deer Road (hereinafter, "warehouse"), were based on information acquired through wiretaps on Co-Defendants Eduard

Bangiyev and Arkadiy Bangiyev's telephones.[1] As set forth more fully in the Memorandum in Support, the wiretaps were obtained in violation of Title III and therefore any evidence derived from the illegal intercepts should be suppressed.

Dated: October 31, 2014

Respectfully submitted,

ITZHAK LOZ
By Counsel

/s/ Edsel Jay Guydon

Edsel Jay Guydon (VA Bar No. 37021)
William R. Martin (admitted *pro hac vice*)
**MARTIN & GITNER PLLC**
2121 K Street, NW, Suite 850
Washington, DC 20037
Tel. (202) 331-2121
Fax. (202) 331-5086
Edsel.guydon@martingitnerlaw.com
*Attorney for Defendant Itzhak Loz*

[1] Undersigned counsel has simultaneously filed a motion to extend the deadlines set for pretrial motions. Mr. Loz submits this motion to suppress to preserve his rights/arguments. Mr. Loz respectfully requests the Court grant his motion to extend the deadlines, or in the alternative allow him to supplement this motion with additional information. Additionally, Mr. Loz joins in the Motion to Suppress submitted by Eduard Bangiyev and Arkadiy Bangiyev.

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/ Edsel Jay Guydon
Edsel Jay Guydon (VA Bar No. 37021)
**MARTIN & GITNER PLLC**
2121 K Street, NW, Suite 850
Washington, DC 20037
Tel. (202) 331-2121
Fax. (202) 331-5086
Edsel.guydon@martingitnerlaw.com
*Attorney for Defendant Itzhak Loz*