# EXHIBIT 2

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

STORAGE UNIT 2068, LOCATED INSIDE OF SELF-STORAGE CENTER/STORAGE POST, 250 MAPLE AVENUE, ROCKVILLE CENTRE, NEW YORK 11570

Case No. MJ 14-0496

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the EASTERN District of NEW YORK
*(identify the person or describe the property to be searched and give its location)*:
STORAGE UNIT 2068, LOCATED INSIDE OF SELF-STORAGE CENTER/STORAGE POST, 250 MAPLE AVENUE, ROCKVILLE CENTRE, NEW YORK 11570

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
COUNTERFEIT CURRENCY AND ANY DOCUMENTS, PAPERS OR OTHER RECORDS ACCOMPANYING SUCH COUNTERFEIT CURRENCY, AND GENUINE U.S. CURRENCY

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before June 11, 2014
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge DUTY MAGISTRATE.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of ________.

Date and time issued: 05/28/2014 0:00 am 3:30 p.m. [signature]
*Judge's signature*

City and state: Central Islip, New York Gary R. Brown, U.S. M. J.
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 115-711-2332-1 | 5/28/14 4:30pm | Store Manger Jeffrey Self Storage Center |

Inventory made in the presence of:
RAIC Farrell Dolan, SA's Richard Evans, Christopher Meyer & Germaine Johnson

Inventory of the property taken and name of any person(s) seized:

(4) Four Diablotek ATX Mid tower Compoter cases

(1) One Canon Pixma iP2702 inkjet printer

(1) One Golden Bridge Blue Suitcase

(2,560,000) Two million Five Hundred & sixty thousand dollars Cft (counterfeit) $100 FRN's (Federal Reserve notes)

## Certification

*I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: 6/5/2014

Executing officer's signature

Richard L. Evans / Special Agent
Printed name and title

LTG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MJ 14-0496

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-against-

THE PREMISES KNOWN AND DESCRIBED AS STORAGE UNIT 2068, LOCATED INSIDE OF SELF-STORAGE CENTER/STORAGE POST, 250 MAPLE AVENUE, ROCKVILLE CENTRE, NEW YORK, 11570 ("SUBJECT PREMISES")

AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

(T. 18 U.S.C. §§ 371, 470, 471 & 472)

- - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

RICHARD L. EVANS, being duly sworn, deposes and says that he is a Special Agent with the United States Secret Service ("USSS"), duly appointed according to law and acting as such.

Upon information and belief, there is probable cause to believe that, presently concealed within STORAGE UNIT 2068, LOCATED INSIDE OF SELF-STORAGE CENTER/STORAGE POST, 250 MAPLE AVENUE, ROCKVILLE CENTRE, NEW YORK, 11570 ("SUBJECT PREMISES"), counterfeit currency and any documents, papers or other records accompanying such counterfeit currency, and genuine currency all of which constitute evidence of violations of Title 18, United States Code, Sections 371, 470, 471 & 472.

The source of your affiant's information and the grounds for his belief are as follows:[1]

INTRODUCTION

1. I am an "investigative or law enforcement officer" of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Section 2516 of Title 18, United States Code.

3. I have been a Special Agent with the USSS for sixteen years. As a Special Agent with the USSS, I have participated in numerous investigations which have led to the arrest and conviction of individuals involved in the counterfeiting of U.S. currency. I have received training and experience in interviewing and interrogation techniques, arrest procedures, preparation of search warrant applications,

---

[1] Because the purpose of this Affidavit is to set forth only those facts necessary to establish probable cause to search, I have not set forth all of the facts and circumstances of which I am aware.

surveillance techniques, undercover operations, operations involving cooperating sources, analysis of pen register information, review of subpoenaed documents and a variety of other investigative tools available to law enforcement officers. In the course of my training and experience, I have become familiar with the methods and techniques associated with the manufacture, uttering and dealing in counterfeit U.S. currency.

4. The facts set forth in this affidavit are based on my investigation, personal observations, training and experience, as well as information conveyed to me by other law enforcement officials. During this investigation, I have learned information regarding the facts set forth in this affidavit from cooperating sources and from my review of documents and computer records related to this investigation. Because this affidavit is submitted for the purpose of establishing probable cause, it does not include all facts known by me or all facts known by law enforcement authorities concerning this investigation.

5. This affidavit is submitted in support of an application for a search warrant to obtain evidence of the following violations:

a. Title 18, United States Code, Section 471 (making counterfeit obligations and securities);

b. Title 18, United States Code, Section 472 (uttering counterfeit obligation and securities);

c. Title 18, United States Code, Section 473 (dealing in counterfeit obligations or securities);

d. Title 18, United States Code, Section 371 (conspiracy).

6. Based on the government's investigation, there is probable cause to believe that Itzhak LOZ and Ronen FAKIRO, with intent to defraud, have falsely made, forged, counterfeited and altered any obligation and security of the United States, and attempted and conspired to do so, in violation of Title 18, United States Code, Sections 471, 371; with intent to defraud did pass, utter, publish and sell, and with like intent, did bring into the United States and keep in possession and conceal any falsely made, forged, counterfeited and altered obligation and security of the United States, and attempted and conspired to do so, in violation of Title 18, United States Code, Sections 472 and 371; and did buy, sell, exchange, transfer, receive and deliver any false, forged, counterfeited and altered obligation and security of the United States, with the intent that the same be passed, published, and used as true and genuine, in violation of Title 18, United States Code, Sections 472 and 371. Based on the information contained in this affidavit, I submit that there is probable cause to believe that evidence, fruits, and

instrumentalities of these offenses, specifically counterfeit currency and any documents, papers or other records accompanying such counterfeit currency, and genuine currency will be found in the SUBJECT PREMISES.

**STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE**

7. Beginning in and around 1999, the USSS first detected a high-quality counterfeit $100 (U.S.) note in New York, New York. These notes have many counterfeit security features that closely resemble genuine U.S. currency notes, including a watermark and security thread. This particular note is believed to be manufactured in the Euro-Asia area and produced through the use of off-set printing.

8. The USSS estimates that from 1999 until the present, approximately $75 million of this particular type of counterfeit note was passed or seized by law enforcement. The USSS estimates that in 2013 alone, approximately $10.8 million worth of this particular $100 counterfeit note was passed or seized by law enforcement. Over the course of the past year or so, the USSS has been investigating a number of subjects involved in a conspiracy to make, utter and deal in counterfeit U.S. currency, believed to be manufactured in Eastern Europe and imported into New York for distribution throughout the eastern part of the United States. On or about October 8, 2013, the United States Federal Reserve Board issued a re-designed $100

note which contained new and additional security features, including a portrait watermark of Benjamin Franklin, a 3-D blue security thread, an image of a liberty bell in the inkwell, color shifting "100," raised printing, gold ink "100" and microprinting.

9. Yesterday, agents set up surveillance of a warehouse in Cherry Hill, New Jersey where it was suspected the counterfeit currency was being printed. Agents observed Itzhak LOZ and Ronen FAKIRO and two others, Boaz and Ofra Borohov, enter that location at various times. Agents later observed LOZ and FAKIRO emerge together from the warehouse in possession of two large brown cardboard boxes. Agents then followed LOZ and FAKIRO who drove from New Jersey to Queens, New York with the cardboard boxes inside of the car. Agents then observed LOZ and FAKIRO check into a hotel (leaving the boxes in the car) and later purchase two navy blue wheeled suitcases. Agents then observed LOZ and FAKIRO drive to the SELF-STORAGE CENTER/STORAGE POST, 250 MAPLE AVENUE, ROCKVILLE CENTRE, NEW YORK, 11570, and, load one blue suitcase and one of the two brown cardboard boxes transported from the warehouse onto a dolly and bring the items inside of the SELF-STORAGE CENTER/STORAGE POST. They later left, empty-handed.

10. The manager of the SELF-STORAGE CENTER/STORAGE POST was interviewed last night and indicated that LOZ rented

the SUBJECT PREMISES (Unit 2068) in his own name using an Israeli passport for identification on August 31, 2011 and visited the SUBJECT PREMISES yesterday.

11. Earlier today, agents arrested Boaz and Ofra Borohov who admitted that they were present inside of the warehouse in New Jersey yesterday. Both admitted that the two cardboard boxes that LOZ and FAKIRO exited the location in possession of, contained counterfeit currency that LOZ and FAKIRO had arranged to sell in New York.

12. Earlier today, agents also executed a search warrant at the warehouse in New Jersey and seized multiple offset printing presses, commonly used for printing counterfeit currency, counterfeit printing plates for the U.S. $100 bill and a counterfeit hot foil Benjamin Franklin watermark stamp (for a U.S. $100 bill).

WHEREFORE, your affiant respectfully requests that a warrant be issued authorizing agents of the USSS, with such other assistance as may be necessary, to enter the SUBJECT PREMISES and to search for and seize counterfeit currency and any documents, papers or other records accompanying such counterfeit currency, and genuine currency, all of which constitute evidence of violations of Title 18, United States Code, Sections 371, 470, 471 & 472.

RICHARD L. EVANS
Special Agent
U.S. Secret Service

Sworn to before me this
28th day of May, 2014

GARY R. BROWN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK