# EXHIBIT 3

# (UNDER SEAL)

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE CONTINUED INTERCEPTION OF WIRE COMMUNICATIONS TO AND FROM CELLULAR TELEPHONE NUMBER (917) 612-0898, INTERNATIONAL MOBILE STATION EQUIPMENT IDENTITY (IMEI) A00000354EFE37 (TARGET TELEPHONE #3) AND THE CONTINUED INTERCEPTION OF WIRE COMMUNICATIONS TO AND FROM CELLULAR TELEPHONE NUMBER (917) 612-0614, INTERNATIONAL MOBILE STATION EQUIPMENT IDENTITY (IMEI) A100001AD7EF8B (TARGET TELEPHONE #4) | ) | **UNDER SEAL** Pursuant to 18 U.S.C. § 2518(8)(b)<br><br>1:13es34<br>1:13es41 |

**AFFIDAVIT IN SUPPORT OF APPLICATION**

I, Adam E. Gaab, Special Agent of the United States Secret Service (USSS), being duly sworn, depose and state that:

**AGENT QUALIFICATIONS**

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been a Special Agent with the USSS for over three years. I am currently assigned to a squad which investigates counterfeit United States (U.S.) currency out of the Washington (D.C.) Field Office, and I have been assigned to this squad since July 2011. Since

incoming call from (646) 708-5859 was intercepted over Target Telephone #3 and Eduard BANGIYEV directed UM5859, who identified himself as "[redacted]" to "order 30 thousand";

n. UM5124 is believed to be involved in the distribution of counterfeit currency;

o. UM2230 [redacted] is believed to be involved in the distribution of counterfeit currency;

p. UM3946 is believed to be involved in the distribution of counterfeit currency;

q. UM7020 [redacted] is believed to be involved in the distribution of counterfeit currency;

r. UM5070 [redacted]s believed to be involved in the distribution of counterfeit currency;

s. [redacted] is belived to be involved in the distribution of counterfeit currency;

t. [redacted] is believed to be involved in the distribution of counterfeit currency;

u. UM3310 (a/k/a "Alik," a/k/a "Arik," a/k/a "Avi," a/k/a "Itzhak LOZ") is believed to be involved in a conspiracy to import and distribute counterfeit U.S. currency from Israel into the United States. UM3310 acts as a middleman or facilitator between the BANGIYEV brothers in the United States and the producers or manufacturers of the counterfeit U.S. currency in Eastern Europe. On November 18, 2013, and during an intercepted call from an international telephone number believed to be from Israel over Target Telephone #4, UM3310 asked Alex BANGIYEV: "tell me

something? If I need to wire to the United Kingdom like seventy G's, can you send it to a bank but wire it to an account? Is it a problem? Is the amount too big? To send like to the UK seventy seven thousand dollars to wire it? To the account, is it possible? Is it possible for you to wire it? To the UK?";

v. UM3779 is believed to be involved in the distribution of counterfeit currency;

w. UM2023 is believed to be involved in the distribution of counterfeit currency;

x. [redacted] of Itzhak LOZ, is believed to be involved in the distribution of counterfeit currency;

y. UM4700 (a/k/a "Avi," a/k/a "Itzhak LOZ") a citizen of Israel, is believed to be involved in the distribution of counterfeit currency, as set forth above, who used an international telephone number to contact Alex BANGIYEV;

z. UM4503 (a/k/a "Ari," a/k/a "Itzhak LOZ"), a citizen of Israel, is believed to be involved in the importation and distribution of counterfeit U.S. currency, as set forth above, who uses cellular telephone number (516) 589-4503 while in the United States;

aa. UM7595 is believed to be a purchaser of counterfeit currency from Eduard BANGIYEV;

bb. [redacted] Eduard and Arkadiy BANGIYEV and is believed to be involved in the distribution of counterfeit currency. On November 19, 2013, and during an intercepted call on Target Telephone #4, Arkadiy BANGIYEV told his [redacted] "when you come, I will give you 10, put it by my safe";

142. At approximately 8:45 a.m. on January 9, 2014 an outgoing call to (917) 836-7659, a phone used by [redacted] Eduard and Arkadiy BANGIYEV), was intercepted over Target Telephone #4. During this call, Arkadiy BANGIYEV asked his father if he talked to his brother yesterday. [redacted] replied "yes, I prepared it." Arkadiy BANGIYEV said "I am driving up with [redacted] could you take it out?" I believe that prior to this call, and at the request of Eduard BANGIYEV, [redacted] had gathered and organized ("I prepared it") a supply of counterfeit U.S. currency to give to Arkadiy BANGIYEV and [redacted].

143. At approximately 12:16 p.m. on January 12, 2014 an incoming call from (972) 544-8433~10[20], a phone used by an unknown male (UM3310) was intercepted over Target Telephone #4. During this call, UM3310 stated "yeah, everything is ok. I'll be there in a day after tomorrow. I am coming basically to work with the machine, to check everything." Arkadiy BANGIYEV asked "day after tomorrow?" UM3310 replied "yeah, the thing is, I will some need

---

[20] For a number of reasons, I believe that this incoming telephone call from (972) 544-8433~10 was actually an international telephone call from Israel. First, after the ten digit telephone number, there is a symbol (~) and then two additional digits ("10"). I do not believe that this is a domestic telephone number. A review of the pen register data for Target Telephone #4 shows that for outgoing calls to this number, the following list of dialed numbers were recorded as follows: 1-(718) 907-5070~011972544843310. I know that dialing "011" indicates an outoing international telephone call dialed from the United States. I further know that "972" is the country code for Israel. I further believe that Arkadiy BANGIYEV used a calling card when making an international telephone call from Target Telephone #4 to this this international telephone number from Israel. I have listened to the unidentified male voices from the incoming telephone calls from (972) 544-8433~10 and the outgoing calls to 1-(718) 907-5070~011972544843310. They are the same voice. Therefore, I believe that this is the same international telephone number but that the computer software used by the United States Secret Service to receive the data from Cell Co Partnership DBA Verizon Wireless, the service provider for Target Telephone #4, does not capture and record the incoming and outgoing numbers dialed in the same exact manner for international calls.

money for payment....consideration, I go through you...for pick up the money." Arkadiy BANGIYEV replied: "I have told you that I am going to give you a hundred." UM3310 asked "can you give better? 120-130? Something like?" Arkadiy BANGIYEV said "I have got 100, and I will try to give 20,000 more." Shortly thereafter, UM3310 replied "day after flying back to [unclear, but possibly Romania] starting the project. Meantime, my guys will start to glue it, so it should be ready when I come back." Arkadiy BANGIYEV asked "they are starting to glue it?" UM3310 answered "yes, they will start, I think this week or (inaudible)....I prepared everything for them." I have listened to the voice of UM4503 (from the December 14, 2013 telephone calls) and UM3310 and I believe them to be the same speaker. I believe that during this call, UM3310 explained that he (UM3310) was coming to the United States to "basically to work with the machine, to check everything." On December 14, 2013, UM4503 had told Arkadiy BANGIYEV that he needed "200" to "fetch the machine." I also believe that, from this call, UM3310 was coming to the United States in connection with the purchase of a machine, or machine parts, used to manufacture counterfeit U.S. currency. I also believe that UM3310 intended to meet Arkadiy BANGIYEV to receive a quantity of genuine U.S. currency ("I will need some money for payment") either in connection with the machine and/or in relation to a future counterfeit U.S. currency transaction. I also believe that Arkadiy BANGIYEV was willing to do such a transaction and re-iterated his previous promise on December 14, 2013 to pay UM4503/UM3310 a sum of genuine U.S. currency ("I have told you that I am going to give you a hundred.") I further believe that when UM3310 stated in this call "meantime, my guys will start to glue it" that he was referring to the manufacture of counterfeit U.S. currency, most likely outside the United States. I have spoken with a USSS counterfeit specialist who examined the counterfeit

currency which has been forensically linked to this case. I know from that conversation, as well as from my training and experience, that the particular type of counterfeit U.S. currency that the BANGIYEV's have distributed during this investigation is glued together during the production process. I further believe that this intercepted conversation indicated that a quantity of counterfeit U.S. currency was currently being produced overseas, most likely in Romania ("flying back to (unclear but possibly Romania), starting the project"), and was expected to be available to the BANGIYEVS shortly.

144. At approximately 1:39 p.m. on January 12, 2014, an outgoing call to Target Telephone #3 was intercepted over Target Telephone #4. During this call, Arkadiy BANGIYEV stated "4 is coming day after tomorrow." Eduard BANGIYEV replied "so?" Arkadiy BANGIYEV explained "then he leaves at morning. He will meet me at night." Shortly thereafter, Arkadiy BANGIYEV said "he says at Wednesday give me 120, he wants 20 more, he wants to buy a car." I believe that during this conversation, Arkadiy BANGIYEV told Eduard BANGIYEV that UM3310 would be arriving ("day after tomorrow") and that UM3310 had asked for additional, genuine U.S. currency ("he wants 20 more") to facilitate a future counterfeit U.S. currency transaction with him.

145. At approximately 6:35 p.m. on January 13, 2014 an incoming call from (718) 640-7595, used by an unknown male (UM7595), was intercepted over Target Telephone #3. During this intercepted call, UM7595 asked "hey, what's happening?" Eduard BANGIYEV replied "not much, uhhh (inaudiable)....I spoke to (inaudiable)...him he said, like, maybe a couple of weeks." UM7595 replied "alright, cool." I believe that during this call, UM7595 asked about the status of the availability of counterfeit U.S. currency because he wanted to